No. 41535.—Protest 972206–G of P. J. Frawley (San Francisco).

Opinion by McCLELLAND, P. J. The protest was sustained in accordance with stipulation of counsel.

No. 41536.—Protest 972205–G of Salomon & Phillips (San Francisco).

Opinion by McCLELLAND, P. J. The protest was sustained in accordance with stipulation of counsel.

No. 41537.—Protest 970567–G of Pfaltz & Bauer, Inc. (New York).

Opinion by McCLELLAND, P. J. It was stipulated that the merchandise is similar to that passed upon in Bierslorf v. United States (T. D. 48230). The claim for free entry under paragraph 1796 was therefore sustained.

No. 41538.—Protests 950996–G, etc., of Goldfarb Novelty Co. et al. (New York).

Opinion by McCLELLAND, P. J. On the records presented the protests were overruled.

No. 41539.—Protests 977952–G, etc., of Wm. Shaland (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel trick daggers similar to those the subject of Abstract 37637 and siren whistles and horns like those passed upon in Abstracts 39948 and 40480 were held dutiable at 45 percent under paragraph 397. Squawker balloons were held dutiable at 45 percent under paragraph 409 on the authority of Abstract 40493.

No. 41540.—Protests 954610–G, etc., of Domestic Broadtail Producers, Inc. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of Domestic Broadtail Producers, Inc. v. United States (C. D. 81) the undressed lambskins in question were held free of duty under paragraph 1681 as claimed.

No. 41541.—Protests 938098–G, etc., of Atlantic Coast Fisheries Export Corp. et al (Boston, etc.).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.